MAYER HARTMAN et al., appellants,

*v.*

CHURCH CONSTRUCTION COMPANY, respondent.

[Decided October 15th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. Koehler & Augenblick,* for the appellants.

*Mr. David M. Litwin,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *101 N. J. Eq. 513.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.    12.

*For reversal*—PARKER, KATZENBACH, WHITE, JJ.    3.